244 So.2d 855

**Joseph A. DUPAQUIER**

v.

**CITY OF NEW ORLEANS.**

No. 51182.

March 10, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

244 So.2d 856

**STATE of Louisiana, Through the DEPARTMENT OF HIGHWAYS**

v.

**Helen Seal RIVERS.**

No. 51199.

March 10, 1971.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.